C. YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com

JEONG & LIKENS, L.C.
1055 W. 7TH Street, Suite 2280
Los Angeles, California 90017
Tel. 213-688-2001
Fax. 213-688-2002

Attorneys for Plaintiff, NS INT'L TEXTILES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NS INT'L TEXTILES, a South Korea corporation;<br>       Plaintiff,<br>vs.<br>DESE ENTERPRISE, INC., d/b/a PINKBASIS and AMI CLUBWEAR, a California corporation; YANG YANG, an Individual; MEESHEE INC., a California corporation; KOUROSH D. ANAVIM, an individual; and DOES 1-10, inclusive,<br>       Defendants. | Case No. 2:17-cv-3333-JFW-E<br><br>**DECLARATION OF CHAN YONG JEONG, ESQ., IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION (DKT. NO. 50)** |

I, CHAN YONG JEONG, declare:

1. I am over 18 years of age and have personal knowledge of each fact stated in this declaration. If called upon to testify thereto as a witness, I can and will testify.

2. I am the attorney for Plaintiff NS INT'L TEXTILES ("Plaintiff") in this action.

3. This declaration is submitted in response to the Court's order, issued on October 18, 2017, to show cause why this action should not be dismissed for failure to effect service (*See* Dkt. No. 50).

4. To this time, Plaintiff has been investigating about the matter and have recently found the identity of the source of the accused garments that are SI ADVANCE, INC. and YONG TAE KIM.  Based thereupon, Plaintiff would please add them as new defendants by filing the Second Amended Complaint ("SAC") per the Court's leave. A correct copy of the [Proposed] Second Amended Complaint is attached hereto as Exhibit A.

5. In light of the foregoing facts, Plaintiff respectfully requests that this honorable Court please allow Plaintiff to file the Second Amended Complaint.

*Under penalty of perjury under the laws of the State of California, and the United States, I declare that the foregoing is true and correct.*

Dated: October 19, 2017

                                                  */s/C. Yong Jeong*_____
                                                  C. Yong Jeong
                                                  Attorney for NS Int'l Textiles